**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 08-8510**

———————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

HOWARD O. BOISSEAU, III,

              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:00-cr-00245-REP-1)

———————————

Submitted:  May 7, 2009           Decided:  May 26, 2009

———————————

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Howard O. Boisseau, III, Appellant Pro Se.  Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard O. Boisseau, III, appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Boisseau, No. 3:00-cr-00245-REP-1 (E.D. Va. Nov. 12, 2008). We also deny Boisseau's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED